UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

JOHN HOWLAND,

        Plaintiff,

    v.

BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY,

        Defendant.

No. CV-04-217-FVS

ORDER GRANTING MOTION FOR DISMISSAL WITH PREJUDICE

**THIS MATTER** having come before the Court based upon the parties' "Stipulated Motion for Dismissal"; Now, therefore

**IT IS HEREBY ORDERED:**

The "Stipulated Motion for Dismissal" (Ct. Rec. 55) is granted. The above-entitled action is dismissed with prejudice.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___17th___ day of August, 2005.

                           s/ Fred Van Sickle
                             Fred Van Sickle
                    United States District Judge

ORDER - 1